IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE

CASE NO.: MJ-07-00015  DATE: November 01, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Francine A. Diaz  Electronically Recorded: 11:15:22-11:26:14
CSO: N. Edrosa

**APPEARANCES:**
Defendant: Terry R. Solomon  Attorney: Richard Arens
 Present  Custody  Bond  P.R.   Present  Retained  FPD  CJA
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Christopher Duenas  U.S. Marshal: D. Punzalan
Interpreter:  Language:

**PROCEEDINGS: INITIAL APPEARANCE RE: PETITION FOR WRIT OF REMOVAL**
- Federal Public Defender appointed to represent the defendant.
- Defendant arraigned and advised of his rights, charges and penalties.
- Identity Hearing waived.
- Warrant of Removal issued.
- Defendant remanded to the custody of the U.S. Marshals Service on Guam for removal to the Northern District of California.

NOTES: