DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 07-00015-002 |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **REBECCA M. SOLOMON,** **a.k.a. REBECCA ISHIHAMA, and** **TERRY R. SOLOMON,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **TERRY R. SOLOMON** in the above-entitled case.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Nov 01, 2007