LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 07-00015 |
|---|---|
| Plaintiff, | ) |
| vs. | ) WAIVER OF IDENTITY |
| TERRY R. SOLOMON, | ) |
| Defendant. | ) |

The defendant, after advice of counsel, waives an identity hearing and consents to an issuance of an Order requiring his appearance in the Northern District of California where there is a warrant outstanding for his arrest.

11/01/07
/DATE/

TERRY R. SOLOMON
Defendant

APPROVED AS TO FORM:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

**ORIGINAL**