| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | KARON V. JOHNSON<br>Assistant U.S. Attorney |
| 3 | Suite 500, Sirena Plaza.<br>108 Hernan Cortez Ave. |
| 4 | Hagåtña, Guam 96910<br>PHONE: 472-7332 |
| 5 | FAX: 472-7334 |
| 6 | Attorneys for the United States of America |

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 07-00015 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **WARRANT OF REMOVAL** |
| | ) | |
| REBECCA M. SOLOMON, | ) | |
| aka REBECCA ISHIHAMA, and | ) | |
| TERRY R. SOLOMON, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

TO: U.S. MARSHAL
      District of Guam

    An Indictment for defendants, REBECCA M. SOLOMON aka REBECCA ISHIHAMA and TERRY R. SOLOMON, having been filed in the United States District Court for the Northern District of California, Docket No. CR-06-00818-JF, REBECCA M. SOLOMON aka REBECCA ISHIHAMA and TERRY R. SOLOMON charging them with Conspiracy, Mail Fraud, and Wire Fraud Launder Monetary Instruments, Money Laundering and Engaging in Monetary Transactions with Funds Derived From a Specified Unlawful Activity in violation of Title 18, United States Code, Sections 371, 1341, 1343, 1956(h), 1956(a)(1)(A)(I) and 1957; and Warrant for Arrests having been issued for their arrest, and

    Said REBECCA M. SOLOMON aka REBECCA ISHIHAMA and TERRY R. SOLOMON, having been arrested in this District on warrant of arrests issued pursuant to the

above indictment, admitted identity, and to being held to answer in the Northern District of California, REBECCA M. SOLOMON aka REBECCA ISHIHAMA and TERRY R. SOLOMON, are committed to your custody pending removal to the Northern District of California;

You are therefore commanded to remove REBECCA M. SOLOMON aka REBECCA ISHIHAMA and TERRY R. SOLOMON forthwith to the Northern District of California and there deliver them to the United States Marshal for the District or to some other officer authorized to received them.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Nov 01, 2007