LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 07-00015 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| REBECCA M. SOLOMON, ) | |
| aka REBECCA ISHIHAMA, and ) | |
| TERRY R. SOLOMON, ) | |
| ) | |
| Defendants. ) | |

REBECCA M. SOLOMON aka REBECCA ISHIHAMA and TERRY R. SOLOMON, having been arrested in the District of Guam on Warrant of Arrests, and having waived identity, REBECCA M. SOLOMON aka REBECCA ISHIHAMA and TERRY R. SOLOMON, are committed to the U.S. Marshal's Office for the District of Guam for removal to the Northern District of California and there deliver them to the U.S. Marshal for the Northern District of California or to some other officer authorized to receive them.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Nov 01, 2007